AO 106 (Rev. 04/10) Application for a Search Warrant

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

FEB 11 2021

JULIA C. DUDLEY, CLERK
BY: /s/ A. Rust
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

439 Green Springs Road, Trlr. 4, Abingdon, Virginia
re: Garland Bowman

Case No. 1:21mj34

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*: The residence, attached to E-911 address 439 Green Springs Road, Lot.4, Abingdon, Virginia. A white trailer with 2 flower pots on parking lot and a red canopy over the front door.

located in the **Western** District of **Virginia**, there is now concealed *(identify the person or describe the property to be seized)*: The person of Federal Fugitive Garland Bowman, a White Male, DOB:1/11/1975.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 3583 | Violation of the terms and conditions of supervised release. |

The application is based on these facts:
See Affidavit in Support of Search Warrant

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Christopher Brady, Special Deputy U.S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/11/21

*Pamela Meade Sargent*
*Judge's signature*

City and state: Abingdon, Virginia

Pamela Meade Sargent, USMJ
*Printed name and title*

Attachment to Affidavit for Search Warrant

Re: 439 Green Springs Road, Trlr. 4, Abingdon, Virginia

re: Garland Bowman

Your Affiant hereby swears and deposes the following:

Affiant is a Special Deputy U.S. Marshal, attached to the Capital Area Regional Fugitive Task Force. Your affiant is charged with investigating, locating, and apprehending federal and local fugitives from justice, and may apply for a search warrant pursuant to federal code.

On November 12, 2020, the United States District Court for the Western District of Virginia issued a warrant for arrest for Garland Bowman for violations of the terms and conditions of his supervised release.

Over the course of November 2020 and December 2020, task force officers Cumbow and Brady made multiple attempts to locate Bowman at his listed place of residency. A subsequent arrest, on state charges, of Jessie Miller, girlfriend of Bowman, caused her to be held in custody in Southwest Virginia Regional Jail in Abingdon, Virginia.

After her arrest, and prior to a search of the last known primary residence of Bowman, on February 10, 2021, pursuant to federal search warrant, Supervisory Deputy Marshal Davis began reviewing the jail recorded calls for Jessie Miller. He found that on February 10, 2021, Miller spoke with Bowman on the phone and in said conversation mentioned his association with "Buffy." The conversation also noted that Bowman and Miller were concerned about losing their apartment, lending to indicia that Bowman was possibly still at said location. Based upon the same, the search warrant was executed, but Bowman was not located.

After search warrant execution, on the same date, interviews were conducted with two occupants of the residence searched, on two separate occasions, on the same date. The final interview yielded that the occupants should advise Bowman to surrender to the Federal Courthouse on 02/11/2021 or the U.S. Marshals Service would investigate further into charging persons aiding him.

On February 11, 2021, Bowman did not surrender. Based upon the same, Supervisory Deputy Davis began listening to three phone calls between Bowman and Miller recorded on the jail inmate phone system. On said calls, Bowman advised Miller he was staying at "Buffy's" and that he would take off running down the creek if law enforcement tried to apprehend him. Miller advised Bowman not to surrender.

Based upon the aforementioned, research was conducted to see to whom the called number from the jail was listed by Miller, to which Miller had denoted as Martha Davis. Your affiant knows, from prior law enforcement interactions with Martha Davis, that she goes by the nickname "Buffy." In consultation with local law enforcement, Sgt. Finney, Abingdon Police Department was familiar with

Martha Davis and knew her to be living at the address of 439 Green Springs Road, Trailer 4, Abingdon, Virginia, as she and others had been involved in a law enforcement call with Martha Davis as recently as January 2021 at said residence, where Sgt. Finney noted Martha Davis to be living. Sgt. Finney conferred with your Affiant by sending a picture of who she knew to be Martha Davis, and your Affiant confirmed such to be "Buffy." Further, a creek runs directly near the trailer in which Martha Davis is living. In addition, in the aforementioned conversations between Bowman, "Buffy," and Miller, Miller told "Buffy" to not let law enforcement in without a search warrant and deny knowing Bowman.

Based on the collective aforementioned articulations of probable cause, your Affiant believes probable cause exists to conduct a search of the notated residence for the person of Bowman.

_____  2-11-2021
Christopher Brady – Special DUSM     Date

_____  2-11-2021
Pamela Meade Sargent – USMJ         Date